IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–32–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA DAVID HOFFMAN, | |
| Defendant. | |

Before the Court is counsel for Defendant Joshua David Hoffman's Motion to Withdraw as Counsel and continue the revocation proceeding currently set for September 10, 2020. (Doc. 81.) Counsel represents that after meeting with Mr. Hoffman, the existence of a conflict that would violate Montana Rules of Professional Conduct 1.7(a)(1) was discovered. (*Id.* at 2.) Counsel indicates that the United States has been apprised of the issue but does not indicate whether the United States objects to this motion. (*Id.*)

IT IS ORDERED that this motion (Doc. 81) is GRANTED.

IT IS FURTHER ORDERED that the Revocation Hearing currently set for September 10, 2020 at 10:30 A.M. is VACATED. The Court will issue an order setting a new hearing date upon new counsel's appearance in this matter. Defendant shall remain in custody.

IT IS FURTHER ORDERED that the Federal Defenders of Montana shall locate conflict-free counsel for Mr. Hoffman. The clerk of court is directed to notify the Federal Defenders of Montana of this Order.

DATED this 9th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court